# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHELLE JONES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | CASE NO. 2:25-CV-00969<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND FORD MOTOR COMPANY'S TIME TO ANSWER OR OTHERWISE PLEAD |

THIS MATTER came before this Court on a stipulated motion of Ford Motor Company to extend its time to answer or otherwise plead. The Court has considered the following:

1.　Stipulated Motion of Ford Motor Company to Extend Time to Answer or Otherwise Plead;

Now being fully advised on the matter and for good cause shown:

IT IS HEREBY ORDERED that Ford Motor Company's Motion is GRANTED. The deadline for Ford Motor Company to answer or otherwise plead in this matter will be July 11, 2025.

Dated this 9th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER EXTENDING TIME OF FORD MOTOR COMPANY TO ANSWER OR OTHERWISE PLEAD - 1
CASE NO. 2:25-CV-00969

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Presented by:

**BAKER & HOSTETLER LLP**

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104
T: 206-332-1380
cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant Ford Motor Co.*

[PROPOSED] ORDER EXTENDING TIME OF FORD MOTOR COMPANY TO ANSWER OR OTHERWISE PLEAD - 2
CASE NO. 2:25-CV-00969

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, a true and correct copy of the foregoing document was served via e-mail to Plaintiff's counsel below:

George Stanley
Armig Khodanian
Prestige Legal Solutions, P.C.
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Phone:  206-581-2665
gstanley@plsfirm.com
akhodanian@plsfirm.com

*Attorneys for Plaintiff*

                        *s/ Cheryl A. Phillips*
                        Cheryl A. Phillips
                        Legal Assistant to Cornelia Brandfield-Harvey

---

[PROPOSED] ORDER EXTENDING TIME OF FORD MOTOR COMPANY TO ANSWER OR OTHERWISE PLEAD - 3
CASE NO. 2:25-CV-00969

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380